IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATAN TORRES (BIRTH NAME: TODRICK ROBERTS),

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D15-3150

v.

STATE OF FLORIDA, FLORIDA DEPARTMENT OF CORRECTIONS,

Respondent.

_____/

Opinion filed October 14, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Natan Torres (Birth Name: Todrick Roberts), pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Eric Gonzalez and Erik Kverne, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.